UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

CIVIL ACTION NO. 2020-119 (WOB-HAI) DESTIL EUGENE TROXELL                                    PETITIONER

VS.                                         ORDER

DEEDRA HART, WARDEN                                              RESPONDENT

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (Doc. 16), and no objections having been filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 16) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition (Doc. 1) be, and is hereby, **transferred** pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Sixth circuit for consideration whether the district court may review the petition in accordance with 28 U.S.C. § 2244(b); and that petitioner's Motion for Default Judgment (Doc. 12) be, and is hereby, **denied as moot.** Judgment shall enter concurrently herewith.

This 9th day of November, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge